UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LETICIA MARRERO,

           Plaintiff,

-v-                                        CIVIL ACTION NO.: 20 Civ. 7996 (VSB) (SLC)

**ORDER**

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The motion filed at ECF No. 18 (the "Motion") for an extension of time to file Plaintiff's brief is DENIED WITHOUT PREJUDICE. It appears Plaintiff inadvertently filed the Motion in this case, as the captions on the Motion and accompanying proposed order reference a matter with a different docket number and different plaintiff.

The Clerk of Court is respectfully directed to close ECF No. 18.

Dated:       New York, New York
               June 14, 2021

SO ORDERED.

_/s/ Sarah Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**