UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LETICIA MARRERO,<br><br>                    Plaintiff,<br><br>    -v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | CIVIL ACTION NO.: 20 Civ. 7996 (VSB) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request for an extension of time to file her motion for judgment on the pleadings (ECF No. 20) is GRANTED, and the Court orders as follows:

1. Plaintiff shall file her motion by **July 21, 2021**;

2. The Commissioner shall file its response by **September 20, 2021**; and

3. Plaintiff shall file her reply, if any, by **October 12, 2021**.

The Clerk of Court is respectfully directed to close ECF No. 20.

Dated:     New York, New York
           June 15, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**